**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                                  Case No. 8:06-cr-383-T-23TGW

JASON ALLEN BATTS
_____/

## THIRD PARTY CUSTODIAN ORDER

Upon finding that release by bond set by the Court will not by itself reasonably assure the appearance of the Defendant, it is hereby **ORDERED** that the Defendant shall be released on the condition below:

The above named Defendant is placed in the custody of:

(NAME)  ~~Laura~~ Lora Batts
(ADDRESS)  128 16th Avenue SW, Largo, FL  33770
(TELEPHONE NUMBER)  (727)812-1498

who agrees (a) to supervise the Defendant in accordance with conditions set by this Court; (b) to use every effort to assure the appearance of the Defendant at all scheduled hearings before this Court; and (c) to notify this Court immediately in the event the Defendant violates any condition of his/her release or cannot be located.

_____
Signature of Custodian

### Acknowledgment by Defendant

I, Jason Allen Batts, understand the methods and conditions of my release and the penalties and forfeitures applicable in the event I violate any condition of fail to appear as required. I agree to comply fully with each of the obligations imposed upon my release and to notify the Court promptly in the event I change the address indicated below:

_____           128 16th Ave SW
Signature of Defendant                            Address

727-812-1498                                         Largo, FL 33770
Telephone Number                                 City, State, Zip

**RELEASE ORDERED:**

_____
MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE
Dated: September 26, 2006